IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SOLO CUP OPERATING CORPORATION, | ) | Hon. Judge Lefkow |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:16-cv-08041 |
| | ) | |
| LOLLICUP USA INC., | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Solo Cup Operating Corporation and Defendant Lollicup USA Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims and counterclaims in this action with prejudice, pursuant to the terms of that certain agreement entitled "Confidential Settlement Agreement" and dated November 30, 2018. The parties agree that this dismissal with prejudice does not prevent or preclude 1) Solo Cup from asserting a claim of infringement for any future sales of the Accused Products or future sales of other products believed to infringe Solo Cup′s Trademarks, or 2) Lollicup from pursuing its fraud, functionality, or any other defense, should Lollicup be accused of infringement again in the future. Each party shall otherwise bear their own costs, expenses, and attorney fees.

Respectfully submitted,

/s/*Bradley Rademaker*
Bradley F. Rademaker, Esq.
Andrea S. Fuelleman, Esq.
NEAL GERBER & EISENBERG LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois 60602
Tel: (312) 269-8000
brademaker@nge.com

/s/*Matthew A. Pequignot*
Matthew A. Pequignot, *pro hac vice*
PEQUIGNOT + MYERS
90 North Coast Highway 101
Suite 315
Encinitas, California 92024
Tel: (202) 328-1200
mpequignot@pmiplaw.com

afuelleman@nge.com  Attorney for Defendant
Attorneys for Plaintiff

SOLO CUP OPERATING CORP.  LOLLICUP USA INC.